1:26-cv-2649
Maarten Vermaat
U.S. Magistrate Judge

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
10TH District of MICHIGAN

FILED - KZ
September 22, 2026 4:18 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
mg Scanned by MW 9/22/26

Ryan Douglas Watson
*Petitioner*

v.

STATE OF MICHIGAN
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. C2610219
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name:
   (b) Other names you have used: Ryan Douglas Watson
2. Place of confinement: Turned self into court before confinement.
   (a) Name of institution:
   (b) Address:

   (c) Your identification number:
3. Are you currently being held on orders by:
   ☐ Federal authorities ☐ State authorities ☒ Other - explain: Turned myself into the court and was arraigned on that day.
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you:

   (b) Docket number of criminal case:
   (c) Date of sentencing:
   ☐ Being held on an immigration charge
   ☒ Other *(explain)*:

   Had arraignment and released. Pre-trial Conference Scheduled for 9-29-26 at 9:00am.

**Decision or Action You Are Challenging**

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☒ Other *(explain)*: Bench Warrant for arrest. Currently set for a Pre-trial conference on 9-29-26 at 9:00am.

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: 10th Judicial District 161 E. Michigan Ave. Battle Creek, MI 49014

(b) Docket number, case number, or opinion number: C26/0219

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
1. MDOP MARKERS REMOVED from 314 N. Mulberry St. Marshall, MI Could result in jail time up to 93 days and court fines.

(d) Date of the decision or action: SEPT. 2, 2026

**Your Earlier Challenges of the Decision or Action**

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes ☒ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:

(3) Docket number, case number, or opinion number:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☒ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☒ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result: ______

(6) Issues raised: ______

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☒ No

If "Yes," provide:

(a) Kind of petition, motion, or application:

(b) Name of the authority, agency, or court:

(c) Date of filing:

(d) Docket number, case number, or opinion number:

(e) Result: ______

(f) Date of result:

(g) Issues raised: ______

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** The alledged survey stake was impeding my driveway, which is an earesment shared with other neighbors who live up the hill from my driveway. Addresses for those neighbors: 506 W. Prospect St., 514 W. Prospect St., 306 N. Mulberry St.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Due to placement of the survey stake it was impeding

myself and the other neighbors who share my driveway. Those neighbors who share my driveway had hit this survey stake accidentally on a few occasions. If Marshall Police had done a full investigation, they would've discovered this.

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes ☒ No

**GROUND TWO:** This warrant was issued nearly 6 months after the alledged incident. Marshall Police took this report near the end of March, 2026.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

4 Days before this warrant was issued, I the petitioner had a conservation over the phone with David Gilbert's office, this conversation became argumentative and the representative felt I had wronged them in some way.

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes ☒ No

**GROUND THREE:** Conflict of Interest. Lisa Mchiff-Komorous is an attorney. She works at 161 E. Michigan Ave. from time to time and established working relationships in this building.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Lisa has worked directly with David Gilbert's office in the past. The Prosecutor's office should have recognized the conflict of interest in this case.

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes ☒ No

**GROUND FOUR:**
Lisa McNiff-Komorous went on to remove that survey stake permenently after this alledged incident.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
Lisa McNiff-Komorous had became aware that the neighbors were hitting the stake with their vehicles. It was clearly impeding my driveway.

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

**Request for Relief**

15. State exactly what you want the court to do: I am requesting that this case be dismissed completely. This charge is not valid and the Prosector's office made this case personal with their lack of professionalism.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 9-16-26

*Signature of Petitioner*

All Rights Reserved

[signature]

*Signature of Attorney or other authorized person, if any*

Ryan Watson
310 N. Mulberry St.
Marshall, MI 49068

Retail

UNITED STATES POSTAL SERVICE®

49007

RDC 99

U.S. POSTAGE PAID
FCM LETTER
MARSHALL, MI 49068
SEP 16, 2026

$0.29

S2324P503126-4

UNITED STATES OF AMERICA
FOREVER/USA

Kalamazoo Federal Court
410 W. Michigan Ave.
Kalamazoo, MI 49007

4900783757 C004